AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN  DISTRICT OF  FLORIDA

JOHNNY TASSARA,

        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER **07-21132**

CHAMPLAIN TOWERS NORTH CONDOMINIUM
ASSOCIATION, INC.
a Florida Corporation, and
SALOMON GOLD

**CIV-JORDAN**
/TORRES

        Defendants.

TO: (Name and address of defendant)

SALOMON GOLD
8877 COLLINS AVENUE. UNIT 701
SURFSIDE, FLORIDA 33154

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANTELO & ASSOCIATES, P.A.
1800 SW 27 Ave, #609
Miami, FL 33145
Tel# (305) 207-0404

20

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox          APR 3 0 2007

CLERK          DATE

*[signature]*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

JOHNNY TASSARA,

          Plaintiff,

V.

CHAMPLAIN TOWERS NORTH CONDOMINIUM
ASSOCIATION, INC.
a Florida Corporation, and
SALOMON GOLD

          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-21132**

**CIV-JORDAN**

J. TORRES

TO: (Name and address of defendant)

CHAMPLAIN TOWERS NORTH CONDOMINIUM
ASSOCIATION, INC.
Attn: SALOMON GOLD (Registered Agent)
**8877 COLLINS AVENUE. UNIT 701
SURFSIDE, FLORIDA 33154**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANTELO & ASSOCIATES, P.A.
1800 SW 27 Ave, #609
Miami, FL 33145
Tel# (305) 207-0404

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox            APR 3 0 2007
CLERK                                                       DATE

(BY) DEPUTY CLERK