UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21132-CIV-JORDAN/TORRES

JOHNNY TASSARA,

          Plaintiff,

v.

CHAMPLAIN TOWERS NORTH
CONDOMINIUM ASSOCIATION, INC.,
etc., et al.,

          Defendants.
_____/

**ANSWER**
(Fla. Bar No. 133162)

    Defendants Champlain Towers North Condominium Association, Inc. ("the Association"), and Salomon Gold ("Gold"), by their undersigned attorneys, answer the complaint in the above styled civil action as follows:

    1. The Association and Gold admit the allegations of ¶¶ 1, 5, 8, 9, 18, 21 and 22 of the complaint.

    2. The Association and Gold deny the allegations of ¶¶3, 6, 7, 11, 12, 13, 14, 17, 19, 20, 24, 25, 26, and 27 of the complaint.

    3. The Association and Gold are without knowledge of, and therefore deny, the allegations of ¶ 2, 10, 15, 23 and 28 of the complaint.

    4. The Association and Gold have been compelled to engage the professional services of The Metsch Law Firm, P.A., in order to secure a defense to this civil action and they have obligated themselves to pay that law firm a reasonable attorney's fee and to

reimburse that law firm's necessary expenses.

        THE METSCH LAW FIRM, P.A.
        Attorneys for the Association and Gold
        20801 Biscayne Blvd.
        Suite 307
        Aventura, FL 33180-1423
        (305) 792-2540
        FAX: (305) 792-2541
        l.metsch@metsch.com


        by____S/Lawrence R. Metsch_____
           LAWRENCE R. METSCH
           FBN 133162

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing answer was electronically transmitted, through the Court's ECM system, this 14th day of June, 2007, to:

    Orlando Antelo, Jr., Esq.
    Antelo & Associates, P.A.
    1800 S.W. 27th Avenue
    Suite 609
    Miami, FL 33145


          _S/Lawrence R. Metsch_____
          LAWRENCE R. METSCH